1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| KENNETH JACKSON, | ) | |
|---|---|---|
| | ) | Civil Action No. 2:05-CV-1779 GGH |
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted a 30 day extension of time, until May 30, 2006, in which to file and serve Plaintiff's Summary Judgement brief. All remaining actions under the scheduling order filed, October 12, 2005, shall proceed under the time limit guidelines set therein.

/ /
/ /
/ /
/ /
/ /
/ /
/ /

| | | |
|---|---|---|
| 1 | Dated: May 1, 2006 | /s/ Gina Fazio |
| 2 | | GINA FAZIO, <br> Attorney for Plaintiff. |
| 3 | Dated: May 1, 2006 | |
| 4 | | MCGREGOR SCOTT <br> United States Attorney |
| 5 | | |
| 6 | | By: /s/ Bobbie J. Montoya <br> (as authorized via facsimile) <br> BOBBIE J. MONTOYA |
| 7 | | Assistant U.S. Attorney |
| 8 | IT IS SO ORDERED. | |
| 9 | Dated:  5/10/06 | |
| 10 | | /s/ Gregory G. Hollows |
| 11 | | GREGORY G. HOLLOWS <br> United States Magistrate Judge |
| 12 | jackson.ord | |