1 | Gina Fazio, Esq. #225178
Law Offices of Jeffrey Milam
2 | P.O. Box 26360
Fresno, California 93729
3 | (559) 264-2800

4 | Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| KENNETH JACKSON | ) | |
|---|---|---|
| | ) | 2:05-CV-1779 GGH |
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 60 day extension of time, until August 28, 2006, in which to file and serve Plaintiff's Summary Judgement brief.  All remaining actions under the scheduling order filed, October 12, 2005, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated: June 29, 2006 | /s/ Gina Fazio |
| 2 | | GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | Dated: June 30, 2006 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Bobbie Montoya<br>(as authorized via facsimile)<br>BOBBIE MONTOYA |
| 7 | | Assistant U.S. Attorney |

IT IS SO ORDERED.

Dated:  7/17/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
United States Magistrate Judge

jackson.ord3