1  Gina Fazio, Esq. #225178
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| KENNETH JACKSON, | ) | |
|---|---|---|
| | ) | 2:05-CV-1779 GGH |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties as follows: that appellant be granted an additional 10 day extension of time, until September 7, 2006, in which to file and serve Plaintiff's Summary Judgement brief. All remaining actions under the scheduling order filed, October 12, 2005, shall proceed under the time limit guidelines set therein.

/ /

/ /

/ /

/ /

/ /

| | | |
|---|---|---|
| 1 | Dated: August 28, 2006 | /s/ Gina Fazio |
| 2 | | GINA FAZIO,<br>Attorney for Plaintiff. |
| 3 | Dated: August 28, 2006 | |
| 4 | | MCGREGOR SCOTT<br>United States Attorney |
| 5 | | |
| 6 | | By: /s/ Bobbie Montoya<br>(as authorized via facsimile)<br>BOBBIE MONTOYA |
| 7 | | Assistant U.S. Attorney |

8     IT IS SO ORDERED.

9   Dated: 9/6/06                    /s/ Gregory G. Hollows

10                                   _____
                                     GREGORY G. HOLLOWS
                                     United States Magistrate Judge
11

12  jackson.eot