IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JACKSON, | No. 2:05-cv-1779-MCE-GGH |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

On February 20, 2007, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  No objections were filed.

Accordingly, the court presumes any findings of fact are correct.  See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed February 20, 2007, are ADOPTED;

2. Plaintiff's Motion for Summary Judgment is granted in part;

3. The Commissioner's Cross Motion for Summary Judgment is denied;

4. The Clerk is directed to enter Judgment for plaintiff; and

5. This case is remanded for further findings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:  March 21, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE