McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
JOHN C. CUSKER
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: john.cusker@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH JACKSON,  )<br>       Plaintiff,  )<br>                  )<br>      v.  )<br>                  )<br>MICHAEL J. ASTRUE,  )<br>Acting Commissioner of  )<br>Social Security,  )<br>       Defendant.  )<br>_____) | CIVIL NO. 2:05-cv-1779-MCE-GGH<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) |

      It is stipulated by the parties through their undersigned counsel, with the Court's approval, that Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of TWO THOUSAND FIVE HUNDRED and 00/100 DOLLARS ($ 2,500.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

      Payment of fees in the amount of TWO THOUSAND FIVE HUNDRED and 00/100 DOLLARS ($ 2,500.00) shall constitute a complete release from and bar to any and all claims of Plaintiff relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

                                    Respectfully submitted,

Dated: July 11, 2007                    /s/ Gina Fazio
                                        (As authorized via facsimile)
                                        GINA FAZIO
                                        Attorney for Plaintiff

Dated: June 11, 2007                   McGREGOR W. SCOTT
                                        United States Attorney
                                        LUCILLE GONZALES MEIS
                                        Regional Chief Counsel, Region IX
                                        Social Security Administration

                                        /s/ *John C. Cusker*
                                        JOHN C. CUSKER
                                        Special Assistant U.S. Attorney

                                        Attorneys for Defendant

<u>ORDER</u>

APPROVED AND SO ORDERED.

DATED: 7/24/07                       /s/ Gregory G. Hollows
                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

jackson.fee